IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| IN RE: LAWRENCE T. AND CATHY A. WEIK | ) |
| | ) |
| OCWEN LOAN SERVICING, LLC AS SUCCESSOR IN INTEREST TO  NATIONAL CITY HOME LOAN SERVICES, Creditor, | ) ) ) |
| | ) |
| vs. | ) CASE NO. 04B73732 |
| | ) JUDGE MANUEL BARBOSA |
| LAWRENCE T. AND CATHY A. WEIK, Debtor | ) ) |

**RESPONSE TO NOTICE OF PAYMENT OF FINAL MORTGAGE CURE**

Now comes CLIENT, by and through its attorneys, Pierce & Associates, P.C., and hereby responds to the Notice of Payment of Final Mortgage Cure, stating as follows:

1. The sum of $604.11 is outstanding on the loan as fees and costs incurred by the prior servicer, National City Home Loan Services.

Respectfully Submitted,
Ocwen Loan Servicing, LLC as successor in interest to  National City Home Loan Services

/s/A. Stewart Chapman
A. Stewart Chapman
ARDC#6255733

Pierce and Associates, P.C.
1 NORTH DEARBORN STREET
SUITE 1300
Chicago, Illinois 60602
(312)346-9088