# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  LAWRENCE T. WEIK & CATHY A. WEIK                Case Number: 04-73732
48 EAST CURRIER ROAD                          SSN-xxx-xx-8735 & xxx-xx-3362
FREEPORT, IL  61032

Case filed on:    7/23/2004
Plan Confirmed on: 12/3/2004

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $35,023.50          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|  | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
|  | Total Legal | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
| 999 | LAWRENCE T. WEIK | 0.00 | 0.00 | 1,327.63 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 1,327.63 | 0.00 |
| 001 | OCWEN LOAN SERVICING LLC | 12,782.48 | 12,782.48 | 12,782.48 | 0.00 |
| 002 | FORD MOTOR CREDIT CORP | 4,800.00 | 4,800.00 | 4,800.00 | 372.93 |
| 003 | HEIGHTS FINANCE | 300.00 | 300.00 | 300.00 | 42.00 |
| 034 | NATIONAL CITY MORTGAGE | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 17,882.48 | 17,882.48 | 17,882.48 | 414.93 |
| 002 | FORD MOTOR CREDIT CORP | 3,689.39 | 3,689.39 | 3,689.39 | 0.00 |
| 003 | HEIGHTS FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | AT&T PHONE SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | ABC CASH N GO | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | ADVANCE AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | ADVANCE CASH EXPRESS | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | BANK CARD SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | BUSINESSMEN'S COLLECTION BUREAU | 464.80 | 464.80 | 464.80 | 0.00 |
| 010 | CHECKS FOR CASH | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | COLLECTION SYSTEMS OF FREEPORT INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | FNB GLOBAL VISA | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | FREEPORT HEALTH NETWORK | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | ILLINI CASH ADVANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | LENA VETERINARY CLINIC | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | MERCHANTS CREDIT GUIDE CO | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | NCO FINANCIAL SYSTEMS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | NICOR GAS | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | RESURGENT CAPITAL SERVICES | 444.15 | 444.15 | 444.15 | 0.00 |
| 020 | ROCKFORD MERCANTILE AGENCY INC | 2,808.71 | 2,808.71 | 2,808.71 | 0.00 |
| 021 | ROYCE FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | SECURITY FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | THE CASH STORE | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | TRI-STATE ADJUSTMENT | 968.59 | 968.59 | 968.59 | 0.00 |
| 025 | AFNI/VERIZON | 1,615.59 | 1,615.59 | 1,615.59 | 0.00 |
| 026 | NICOR GAS | 156.86 | 156.86 | 156.86 | 0.00 |
| 027 | TRI-STATE ADJUSTMENT | 202.29 | 202.29 | 202.29 | 0.00 |
| 028 | TRI-STATE ADJUSTMENT | 42.63 | 42.63 | 42.63 | 0.00 |
| 029 | TRI-STATE ADJUSTMENT | 18.83 | 18.83 | 18.83 | 0.00 |
| 030 | TRI-STATE ADJUSTMENT | 41.00 | 41.00 | 41.00 | 0.00 |
| 031 | TRI-STATE ADJUSTMENT | 73.20 | 73.20 | 73.20 | 0.00 |
| 032 | MAX RECOVERY INC. | 986.56 | 986.56 | 986.56 | 0.00 |
| 033 | ECAST SETTLEMENT CORPORATION | 187.73 | 187.73 | 187.73 | 0.00 |
| 035 | ROCKFORD MERCANTILE AGENCY INC | 106.18 | 106.18 | 106.18 | 0.00 |
|  | Total Unsecured | 11,806.51 | 11,806.51 | 11,806.51 | 0.00 |
|  | Grand Total: | 31,052.99 | 31,052.99 | 32,380.62 | 414.93 |

Total Paid Claimant:    $32,795.55
Trustee Allowance:      $2,227.95
Percent Paid Unsecured:      100.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

_/s/ Lydia S. Meyer_

**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on <u>11/30/2007</u>                By  <u>/s/Heather M. Fagan</u>